IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY and OLD REPUBLIC INSURANCE COMPANY, | No. C 09-02408 WHA |
| Plaintiffs, | **ORDER RE JULY 30 HEARING** |
| v. | |
| ELECTRONICS FOR IMAGING, INC., | |
| Defendant. | |

The motions scheduled to be heard Thursday, July 30, 2009, will be submitted on the briefs without argument, and therefore the hearing currently set for that date will be vacated. If, however, counsel for either party would like to present a young associate to argue the motions, the hearing date will be preserved. Each party has until **NOON ON MONDAY, JULY 27, 2009**, to give notice that a young associate will argue on Thursday, July 30, 2009, failing which the hearing will be vacated and the motions submitted on the papers.

**IT IS SO ORDERED.**

Dated: July 24, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE