1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZURICH AMERICAN INSURANCE
COMPANY and OLD REPUBLIC
INSURANCE COMPANY,

          Plaintiffs,

   v.

ELECTRONICS FOR IMAGING, INC.,

          Defendant.

_____/

No. C 09-02408 WHA

**ORDER VACATING
JULY 30 HEARING**

A previous order stated that the motions scheduled to be heard Thursday, July 30, 2009, would be submitted on the papers and the hearing currently set for that date would be vacated unless counsel for either party gave notice by today at noon that they intended to present a young associate to argue the motions.  No such notice has been received.  Therefore, the motions will be decided on the papers and the July 30 hearing is hereby **VACATED**.

    **IT IS SO ORDERED.**

Dated:  July 27, 2009

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE